THE PEOPLE ex rel. ALEXANDER MCBRIDE, Respondents, *v.*
THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Argued January 4, 1872; decided May term, 1872.)

PROCEEDINGS under the statute of forcible entry and
detainer.

The relator was in possession of certain premises adjoining
defendant's road. Certain of the employes of defendant,
under the direction of its general superintendent, entered
upon the premises and forcibly expelled relator, threatening
him with injury if he returned. Defendant immediately
took and retained possession of the premises. *Held*, that the
presumption was that the act was not a voluntary, willful
trespass upon the part of the superintendent and his men, but
an official act for the benefit of defendant; at least the act was
fully ratified, and defendant was therefore liable.

*A. P. Laning* for the appellant.

*John C. Strong* for the respondents.

HUNT, C., reads for affirmance.
All concur.
Order affirmed and judgment absolute against defendant,
with costs.